# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3317

_____

United States of America

*Plaintiff - Appellee*

v.

Michael R. Petreikis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: May 23, 2014
Filed: May 30, 2014
[Unpublished]

_____

Before RILEY, Chief Judge, MELLOY and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael R. Petreikis appeals the twelve-month prison sentence the district court[1] imposed upon revoking his supervised release for the second time. See United States v. Petreikis, 551 F.3d 822, 825 (8th Cir. 2009) (affirming Petreikis's first

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

revocation sentence). Petreikis argues his sentence "was greater than necessary to accomplish the goals of sentencing, and was therefore unreasonable." In Petreikis's view, the district court "failed to give adequate weight to important factors," including Petreikis's advanced age, failing health, efforts to improve the circumstances of his supervised release before absconding, and the lack of "evidence that he committed any new offenses" "[d]uring his absence from supervision." Having carefully reviewed the record, we conclude the district court properly considered the relevant sentencing factors, see 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not impose an unreasonable revocation sentence. See United States v. Perkins, 526 F.3d 1107, 1110-11 (8th Cir. 2008); United States v. Larison, 432 F.3d 921, 923-24 (8th Cir. 2006).

Accordingly, we affirm. See 8th Cir. R. 47B(1), (4).

_____